STIPULATION & ORDER TO DISMISS                                                                 2177 (Rev. 5/18)

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

WARNER, NICOLE

PLAINTIFF

vs

GIORGIO ARMANI, CORP

DEFENDANT

1:19-CV-01421

CASE NUMBER

File Stamp Here

## STIPULATION TO DISMISS

All matters in dispute between the parties to the above entitled cause having been satisfactorily comprised and settled:

**IT IS HEREBY STIPULATED AND AGREED TO** by and between the parties, by their respective attorneys, that the said cause may be dismissed, without costs to either party, all costs having been paid.

**IT IS HEREBY STIPULATED AND AGREED TO** that an order pursuant to the foregoing may be entered of record without further notice to either party, upon the presentation of stipulation.

**IT IS HEREBY STIPULATED AND AGREED TO** that said dismissal shall be a bar to the bringing of any action based on or including the claim for which this action has been brought.

**WHEREFORE,** the parties hereto pray that the Court will enter an order dismissing the complaint of the plaintiff(s) with prejudice and the Court shall retain jurisdiction to enforce settlement.

RICHARD W. WARNER / CRAY HUBER
Attorney(s) for Plaintiff(s)

MICHELLE G. MARKS / EPSTEIN BECKER & GREEN
Attorney(s) for Defendant(s)

## ORDER

This cause coming on to be heard on this date upon the Stipulation for Dismissal with prejudice filed herein by the above plaintiff(s) and above named defendant(s), and the Court having examined said stipulation and being fully advised in the premises, finds that this cause of action has been fully comprised and settled and the parties have stipulated and agreed to dismissal of the complaint with prejudice, and that the Court further finds that all costs have been paid.

**IT IS THEREFORE ORDERED** that the complaint of plaintiff(s) against the defendant(s) be and the same is hereby dismissed with prejudice and this Court shall retain jurisdiction to enforce settlement

.

Date

Judge