**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.1**
**Eastern Division**

Nicole H Warner

                        Plaintiff,

v.                                          Case No.: 1:19−cv−01421
                                                    Honorable Thomas M. Durkin

Giorgio Armani Corporation

                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, January 7, 2020:

      MINUTE entry before the Honorable Thomas M. Durkin: Pursuant to stipulation of dismissal, this action is hereby dismissed with prejudice. Civil case terminated. Mailed notice(srn, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.